|  | AUSA: | Philip A. Ross | Telephone: (313) 226-9790 |
|---|---|---|---|
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Special Agent: | Stephen Osterling | Telephone: (313) 965-5379 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 22-MC-51309-5
2888 East Long Lake Road, Suite 150 )
Troy, MI 48085 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Michigan_____.
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, violations of:

18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud) and 21 U.S.C. § 846 (Conspiracy to Distribute Controlled Substances).

**YOU ARE COMMANDED** to execute this warrant on or before _____February 16, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __the presiding United States Magistrate Judge on duty__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for 30 days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: February 3, 2023  3:43 pm  _____/s/ Kimberly G. Altman_____
Judge's signature

City and state: Detroit, Michigan  Hon. **Kimberly G. Altman**, U. S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-MC-51309-5 | Date and time warrant executed:<br>2/8/2023 at | Copy of warrant and inventory left with:<br>No person present |
| Inventory made in the presence of :<br>No person present | | |
| Inventory of the property taken and name of any person(s) seized:<br>See attached. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/6/2023

_____
Executing officer's signature

George Korner  Special Agent
Printed name and title




# Department of Health and Human Services
# OFFICE OF INSPECTOR GENERAL
# OFFICE OF INVESTIGATIONS

## Detroit Field Office (CRO) Inventory Report

**DATE PRINTED:** 2/8/2023
**Case Agent:** Patrick Reimann

**IRIS Case #:** 521001499
**Item ID:** 9563-2
**Date Received:** 02/08/2023
**Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS
**Site #:**
**Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI
**Room #:**
**Description:** COOLER MASTER COMPUTER TOWER #RC310BKR21103100264
**OI Item #:** C-2
**Status:** **IN:** Detroit Field Office (CRO)

**IRIS Case #:** 521001499
**Item ID:** 9563-3
**Date Received:** 02/08/2023
**Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS
**Site #:**
**Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI
**Room #:**
**Description:** ALIEN COMPUTER TOWER SERV TAG# 142T8N2
**OI Item #:** C-3
**Status:** **IN:** Detroit Field Office (CRO)

**IRIS Case #:** 521001499
**Item ID:** 9563-4
**Date Received:** 02/08/2023
**Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS
**Site #:**
**Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI
**Room #:**
**Description:** MEDICAL INTAKE FORMS
**OI Item #:** G-4
**Status:** **IN:** Detroit Field Office (CRO)

**IRIS Case #:** 521001499
**Item ID:** 9563-5
**Date Received:** 02/08/2023
**Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS
**Site #:**
**Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI
**Room #:**
**Description:** PATIENT FILES
**OI Item #:** C-5
**Status:** **IN:** Detroit Field Office (CRO)

**IRIS Case #:** 521001499
**Item ID:** 9563-6
**Date Received:** 02/08/2023
**Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS
**Site #:**
**Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI
**Room #:**
**Description:** PATIENT FILES
**OI Item #:** C-6
**Status:** **IN:** Detroit Field Office (CRO)

**IRIS Case #:** 521001499
**Item ID:** 9563-8
**Date Received:** 02/08/2023
**Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS
**Site #:**
**Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI
**Room #:**
**Description:** WD MY PASSPORT- ULTRA S/N: WXR1E63HRSRR
**OI Item #:** C-8
**Status:** **IN:** Detroit Field Office (CRO)

| | | |
|---|---|---|
| **IRIS Case #:** 521001499<br>**Item ID:** 9563-9 | **Date Received:**<br>**Source Obtained From:**<br>**Site #:**<br>**Site Address:**<br>**Room #:**<br>**Description:**<br>**OI Item #:**<br>**Status:** | 02/08/2023<br>ADVANCED MEDICAL HOME SOLUTIONS<br><br>2888 E LONG LAKE RD STE 150 GTROY MI<br><br>PATIENT FILES<br>C-9<br>**IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499<br>**Item ID:** 9563-10 | **Date Received:**<br>**Source Obtained From:**<br>**Site #:**<br>**Site Address:**<br>**Room #:**<br>**Description:**<br>**OI Item #:**<br>**Status:** | 02/08/2023<br>ADVANCED MEDICAL HOME SOLUTIONS<br><br>2888 E LONG LAKE RD STE 150 GTROY MI<br><br>PATIENT FILES<br>C-10<br>**IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499<br>**Item ID:** 9563-11 | **Date Received:**<br>**Source Obtained From:**<br>**Site #:**<br>**Site Address:**<br>**Room #:**<br>**Description:**<br>**OI Item #:**<br>**Status:** | 02/08/2023<br>ADVANCED MEDICAL HOME SOLUTIONS<br><br>2888 E LONG LAKE RD STE 150 GTROY MI<br><br>PATIENT FILES<br>C-11<br>**IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499<br>**Item ID:** 9563-12 | **Date Received:**<br>**Source Obtained From:**<br>**Site #:**<br>**Site Address:**<br>**Room #:**<br>**Description:**<br>**OI Item #:**<br>**Status:** | 02/08/2023<br>ADVANCED MEDICAL HOME SOLUTIONS<br><br>2888 E LONG LAKE RD STE 150 GTROY MI<br><br>PATIENT FILES<br>C-12<br>**IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499<br>**Item ID:** 9563-13 | **Date Received:**<br>**Source Obtained From:**<br>**Site #:**<br>**Site Address:**<br>**Room #:**<br>**Description:**<br>**OI Item #:**<br>**Status:** | 02/08/2023<br>ADVANCED MEDICAL HOME SOLUTIONS<br><br>2888 E LONG LAKE RD STE 150 GTROY MI<br><br>PATIENT FILES<br>C-13<br>**IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499<br>**Item ID:** 9563-14 | **Date Received:**<br>**Source Obtained From:**<br>**Site #:**<br>**Site Address:**<br>**Room #:**<br>**Description:**<br>**OI Item #:**<br>**Status:** | 02/08/2023<br>ADVANCED MEDICAL HOME SOLUTIONS<br><br>2888 E LONG LAKE RD STE 150 GTROY MI<br><br>HP TOWER SERIAL NUMBER: 4CW045081W<br>C-14<br>**IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499<br>**Item ID:** 9563-15 | **Date Received:**<br>**Source Obtained From:**<br>**Site #:**<br>**Site Address:**<br>**Room #:**<br>**Description:**<br>**OI Item #:**<br>**Status:** | 02/08/2023<br>ADVANCED MEDICAL HOME SOLUTIONS<br><br>2888 E LONG LAKE RD STE 150 TROY MI<br><br>PATIENT FILES<br>C-15<br>**IN:** Detroit Field Office (CRO) |

| | |
|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** 02/08/2023 |
| **Item ID:** 9563-16 | **Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** |
| | **Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** |
| | **Description:** PATIENT FILES |
| | **OI Item #:** C-16 |
| | **Status:** **IN:** Detroit Field Office (CRO) |

| | |
|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** 02/08/2023 |
| **Item ID:** 9563-17 | **Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** |
| | **Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** |
| | **Description:** TAX RETURNS FAXES NOTEBOOK W/PASSPORTS, SIGN-N SHEETS, NEW PATIENT BINDERS |
| | **OI Item #:** C-17 |
| | **Status:** **IN:** Detroit Field Office (CRO) |

| | |
|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** 02/08/2023 |
| **Item ID:** 9563-18 | **Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** |
| | **Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** |
| | **Description:** PATIENT FILES |
| | **OI Item #:** C-18 |
| | **Status:** **IN:** Detroit Field Office (CRO) |

| | |
|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** 02/08/2023 |
| **Item ID:** 9563-19 | **Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** |
| | **Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** |
| | **Description:** PATIENT FILES |
| | **OI Item #:** C-19 |
| | **Status:** **IN:** Detroit Field Office (CRO) |

| | |
|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** 02/08/2023 |
| **Item ID:** 9563-20 | **Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** |
| | **Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** |
| | **Description:** PATIENT FILES |
| | **OI Item #:** C-20 |
| | **Status:** **IN:** Detroit Field Office (CRO) |

| | |
|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** 02/08/2023 |
| **Item ID:** 9563-21 | **Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** |
| | **Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** |
| | **Description:** PATIENT FILES |
| | **OI Item #:** C-21 |
| | **Status:** **IN:** Detroit Field Office (CRO) |

| | |
|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** 02/08/2023 |
| **Item ID:** 9563-22 | **Source Obtained From:** ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** |
| | **Site Address:** 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** |
| | **Description:** PATIENT FILES |
| | **OI Item #:** C-22 |
| | **Status:** **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-23 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES |
| | **OI Item #:** | C-23 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-24 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES |
| | **OI Item #:** | C-24 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-25 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES |
| | **OI Item #:** | C-25 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-26 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES |
| | **OI Item #:** | C-26 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-27 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES referral forms |
| | **OI Item #:** | F-27 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-28 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES |
| | **OI Item #:** | C-28 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-29 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | HANDWRITTEN NOTES, PATIENT RECORDS, BI VERIFICATION AUDIT FINDINGS 2019 |
| | **OI Item #:** | D-29 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-30 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | HW NITES, POST PAYMENT CLAIM REVIEW, ASSAD KHAN PAT FILES, PATIENT RECORDS |
| | **OI Item #:** | D-30 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-31 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | HW NOTES, PATIENT RECORDS, BUSINESS DOCS, S PATEL RX DOCS |
| | **OI Item #:** | E-31 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-32 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | MICROSOFT SURFACE PRO MODEL 1866 128GB AND POWER CORD SN: 022855602553 |
| | **OI Item #:** | G-32 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-33 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | BUFFALO LINK STATION MODEL: LS210D0201  SN: 40169501203407 |
| | **OI Item #:** | C-33 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-34 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | COLLER MASTER CPU<br>PROD KEY: 6PPR6-893FX-QVHWH-XBGP2-F83R3 |
| | **OI Item #:** | E-34 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-35 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | DELL DESKTOP MODEL: D10M  SER TAG: 1J3FDP1 |
| | **OI Item #:** | B-35 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-36 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | BLANK FORMS, PAYMENT RECPTS, COPY OF NORTHSTAR TRANSPORTATION BUSINESS CARDS |
| | **OI Item #:** | B-36 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-37 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | 5 MEDIA DEVICES |
| | **OI Item #:** | C-37 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-38 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | INSURANCE BILLS, EMPLOYEE RECORDS |
| | **OI Item #:** | C-38 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-39 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES |
| | **OI Item #:** | C-39 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-40 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | PATIENT FILES |
| | **OI Item #:** | C-40 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-41 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | IRS BILL, PATIENT RECORDS, HW NOTES, LAB RESULTS, PNC BANK INFO, CENTRAL ASIA BANK INFO (SANGITA PATEL), PURCHASE INFO |
| | **OI Item #:** | D-41 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |
| **IRIS Case #:** 521001499 | **Date Received:** | 02/08/2023 |
| **Item ID:** 9563-42 | **Source Obtained From:** | ADVANCED MEDICAL HOME SOLUTIONS |
| | **Site #:** | |
| | **Site Address:** | 2888 E LONG LAKE RD STE 150 TROY MI |
| | **Room #:** | |
| | **Description:** | APPLE MACBOOK AIR, MODEL:A1465, SN: C02HX01XDRV9 W/CHARGING CABLE |
| | **OI Item #:** | C-42 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

SIGNATURE: _____  DATE: _____