| | | |
|---|---|---|
| AO 93 (Rev. 11/13) Search and Seizure Warrant | AUSA: Philip A. Ross<br>Special Agent: Stephen Osterling | Telephone: (313) 226-9790<br>Telephone: (313) 965-5379 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 22-MC-51309-6
6301 Rossman Road )
Kingston, MI 48741 )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  Eastern  District of  Michigan  .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, violations of:

18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud) and 21 U.S.C. § 846 (Conspiracy to Distribute Controlled Substances).


**YOU ARE COMMANDED** to execute this warrant on or before  February 16, 2023  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  _____  .

Date and time issued:  February 6, 2023   12:50 pm

*Judge's signature*

City and state:   Detroit, Michigan         Hon. Kimberly G. Altman,  U. S. Magistrate Judge
*Printed name and title*

# Return

| Case No.: 22-MC-51309-6 | Date and time warrant executed: 2/8/2023 at approximately 8:40 am | Copy of warrant and inventory left with: Tara Kimball |
|---|---|---|

Inventory made in the presence of:
Tara Kimball

Inventory of the property taken and name of any person(s) seized:

- HP Laptop, Silver, SN CND2093XCL
- HP Laptop, Red, SN 8445RZX
- Box of Paperwork

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/16/2023

*Patrick Reimann*
*Executing officer's signature*

Patrick Reimann, Special Agent
*Printed name and title*